

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00131-CR

---

MARIAN FRASER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 19th District Court
McLennan County, Texas
Trial Court No. 2014-158-C1, Honorable David Hodges, Presiding

---

September 13, 2023

## ORDER OF ABATEMENT AND REMAND

### Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Marian Fraser, appeals his conviction for murder[1] and sentence to fifty years' confinement.[2]  Appellant's appointed counsel now moves to withdraw from the appeal because he "has withdrawn from the appellate appointment list and has been

---

[1] *See* TEX. PENAL CODE ANN. § 19.02.

[2] Originally appealed to the Tenth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

assigned by his firm to focus primarily on family law and criminal trial cases, rather than criminal appeals."

Because the trial court is responsible for appointing counsel to represent indigent defendants in criminal cases, as well as relieving or replacing appointed counsel, we abate the appeal and remand the cause to the trial court to rule on Appellant's motion to withdraw. *See* TEX. CODE CRIM. PROC. ANN. arts. 1.051(d), 26.04(j)(2). Upon remand, the trial court shall determine (1) whether Appellant still desires to prosecute the appeal; (2) whether to grant Appellant's counsel's motion to withdraw; and (3) if the motion to withdraw is granted, whether Appellant is indigent and entitled to appointment of new counsel.

If the trial court grants the motion to withdraw and appoints Appellant new counsel; the name, address, email address, phone number, and State Bar number of any newly appointed counsel shall be included in the court's findings. The trial court may also enter such orders necessary to address the aforementioned questions. The trial court's findings and any orders issued shall be included in a supplemental clerk's record to be filed with this Court by October 13, 2023.

All appellate deadlines, including Appellant's pending briefing deadline, are suspended until further order of this Court.

It is so ordered.

Per Curiam

Do not publish.